912

No. 99–5601.  MARSH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5602.  RRAPI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5603.  WEBB v. WEST, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 99–5605.  WELDON v. EVERETT, WARDEN.  Sup. Ct. Wyo.  Certiorari denied.

No. 99–5609.  CALDWELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–5611.  GREEN v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 99–5612.  FAULKNER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5613.  SZABO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5615.  ESPINOZA ANGIANO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5620.  RODRIGUEZ-VARELA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5621.  BURGESS v. OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION.  Ct. App. Ore.  Certiorari denied.

No. 99–5623.  BRYANT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–5627.  PRICE v. RYDER SYSTEM, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–5629.  PARSON v. UNITED STATES; and
No. 99–5646.  PARSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 181 F. 3d 107.